UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant.<br>_____ | No. 2:12-CV-02246-KJM-GGH |
| DAMERON HOSPITAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | No. 2:14-CV-00597-MCE-KJN<br><br>**ORDER** |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

1

1  substantial savings of judicial effort." L.R. 123(a)(3).  Accordingly, the assignment of these

2  matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to

3  be convenient for the parties.  Related cases are generally assigned to the judge and magistrate

4  judge to whom the first filed action was assigned, and the court does not depart from that practice

5  here.  *Id.* 123(c).

6  Further, consistent with the parties' stipulation and the "common question[s] of

7  law or fact" that the actions present, the cases are now consolidated.  FED. R. CIV. P. 42(a).  The

8  stay, already in effect as to 2:12-CV-02246-KJM-GGH, Order at 1, ECF No. 29, shall apply to

9  the newly consolidated action.

10  As a result, it is hereby ORDERED that 2:14-CV-00597-MCE-KJN is

11  consolidated with 2:12-CV-02246-KJM-GGH.  The consolidated action will be denominated:

12  2:12-CV-02246-KJM-GGH.  The extant stay remains in effect.

13  IT IS SO ORDERED.

14  DATED:  May 15, 2014.

_____
UNITED STATES DISTRICT JUDGE