UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:12-cv-2246-KJM-GGH<br><br>**ORDER LIFTING STAY AND SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

On October 15, 2013, the court entered an order staying this case until a decision was issued in *Dameron Hospital Association v. CSAA*, No. C070475, which was then pending before the California Third District Court of Appeal.  ECF No. 29.  The court ordered the parties to file joint status reports every ninety days updating the court on the status of that case.  *Id.*  On October 17, 2014, the parties filed a joint status report and informed the court that the deadline for filing of an appeal of the decision to the California Supreme Court had passed, and it appeared no petition for further appeal had been filed.  ECF No. 39. In their joint status report

1   the parties also agreed this court should lift the stay in this case and schedule a new status
2   (pretrial scheduling) conference.
3        The court therefore orders the stay is lifted.  The court will hold a status (pretrial
4   scheduling) conference in this case on November 13, 2014 at 2:30 pm.  The parties shall submit,
5   at least seven days prior to the status conference, a joint status report updating the report filed
6   previously in this case on January 15, 2013 at ECF No. 8.
7   **IT IS SO ORDERED.**
8   DATED  October 22, 2014.

_____
UNITED STATES DISTRICT JUDGE